MINNIE B. THOMPSON, Respondent, *v.* MILLARD F. THOMPSON, Appellant.

*Thompson* v. *Thompson*, 90 App. Div. 618, affirmed.
(Argued December 7, 1905; decided January 9, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 13, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Harvey D. Hinman* and *A. M. Sperry* for appellant.

*W. J. Welsh* and *F. W. Welsh* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, and WERNER, JJ. Dissenting: GRAY and VANN, JJ.

---

LUCIE E. EVERDELL et al., Appellants, *v.* ELIZABETH HILL et al., as Executors of and Trustees under the Will of MARY L. EVERDELL, Deceased, et al., Respondents.

*Everdell* v. *Hill*, 96 App. Div. 625, affirmed.
(Argued December 7, 1905; decided January 9, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 29, 1904, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*James L. Bennett* and *Jacob S. Van Wyck* for appellants.

*Jacob F. Miller* and *Cyrus C. Miller* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.